# UNITED STATES DISTRICT COURT
### District of Minnesota
## NOTICE OF APPEAL

USCA 8 NO _____

United States of America

_____ Plaintiff

vs

Dennis Augustus Keith Mobley

_____ Defendant

15-CR-126 (JNE/SER)

District Court Docket Number

Honorable Joan Ericksen

District Court Judge

Notice is given that  defendant  appeals to the United States Court of Appeals for the Eighth Circuit from the  [X] Judgment & Commitment   [ ] Order (Specify) entered in this action on November 13, 2015

*s/Daniel Guerrero*                                     Daniel Guerrero, ID 206040

Signature of Defendant's Counsel                 Typed name of Defendant's Counsel

1616 Park Avenue                                            ( 612 ) 339-9121

Street Address/Room Number                      Telephone Number

Minneapolis,  MN  55407                               November 24, 2015

City                State          Zip                           Date

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

X  Please Prepare a transcript of:            [ ] I am not ordering a transcript because

- [ ] Pre-trial proceedings                          [ ] Previously filed
- [ ] Testimony or                                       [ ] Other (Specify)
- [ ] Portions thereof
- X Sentencing
- [ ] Post Trial Proceedings
- X Other (Specify)  Change of plea

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)).  Method of payment _____ Funds, __X__ CJA Form 24 sent to reporter

*s/Daniel Guerrero*                                                                November 24, 2015

Attorney's Signature                                                                  Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **Sherburne County Jail**
   **13880 Business Center Drive NW, Elk River, MN 55330-1692**

2. Date of Sentence: November 13, 2015    ☐ Jury    ☐ Non-Jury

   Offenses: Felon in possession of a firearm in violation of 18 U.S.C. §§922(g) and 924(a)(2).

   Trial Testimony - Number of days: ____    Bail Status: ____

3. Sentence and Date Imposed: 60 months – November 13, 2015.

4. Appealing:    Sentence  **X**    Conviction  ☐    Both  ☐

   Challenging:    **X**    Application of Sentencing Guidelines

5. Date Transcripts ordered by Counsel or District Court: November 24, 2015

   Stenographer in Charge: Maria Weinbeck – both plea and sentencing

   (Name, Address, Phone)
   U.S. Courthouse
   300 South Fourth St., Ste. 12W
   Minneapolis, MN 55415
   (612) 664-5109

6. Trial Counsel Was:    **X** Appointed (no fee required)    ☐ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   **X** Yes    ☐ No

   Affidavit of Financial Status filed: N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ___ Yes    **X** No

7. Assistant US Attorney Name and Phone Number: Thomas Calhoun-Lopez
   (612) 664-5600

## Court Reporter Acknowledgment

Date Order Received    Estimated Completion Date    Est. Number of Pages

Court Reporter Signature    Date

Noticeofappeal (11/05)