# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3711
_____

United States of America

Plaintiff - Appellee

v.

Dennis Augustus Keith Mobley

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:15-cr-00126-JNE-1)
_____

**JUDGMENT**

Before RILEY, Chief Judge, WOLLMAN and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

October 28, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans